IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WAUKEEN Q. MCCOY | No. C 16-04079 WHA |
| | **ORDER GRANTING IN PART MOTION FOR EXTENSION** |

    The Court is in receipt of appellant Waukeen McCoy's request for an additional 21 days to file and serve his principal brief (Dkt. No. 5). Appellant shall file and serve his principal brief by **NOVEMBER 14 AT NOON**.

    **IT IS SO ORDERED.**

Dated: November 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE