IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WAUKEEN Q. MCCOY

No. C 16-04079 WHA
Br. No. 14-30381 HLB

**JUDGMENT**

/

For the reasons stated in the accompanying order affirming the decision of the bankruptcy court, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of E. Lynn Schoenmann and against Waukeen McCoy. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE